**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:13-cv-145-FDW**
**(5:00-cr-46-RLV-4)**

| | |
|---|---|
| WILLIAM LARNELL ECKLES, JR., ) | |
| Petitioner, ) | |
| v. ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on its own motion following a review of this civil case. A review of Petitioner's history of filings in this district shows that the present motion, (Doc. No. 1), has previously been denied in Civil Case No. 5:13-cv-39-RLV, and Petitioner did not file an appeal. The Court finds that this case was opened through inadvertent error and should be closed. Petitioner's motion to appoint counsel in the present case should be docketed in Civil Case No. 5:04-cv-199-RLV for review and disposition.

**IT IS, THEREFORE, ORDERED** that Civil Case No. 5-13-cv-145-FDW shall be **CLOSED**, and Petitioner's motion to appoint counsel, (Doc. No. 2), shall be **FILED** in Civil Case No. 5:04-cv-199-RLV for review and disposition.

**IT IS SO ORDERED.**

Signed: November 1, 2013

Frank D. Whitney
Chief United States District Judge